IN THE UNITED STATES DISTRCIT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

The Court acknowledges Plaintiff's Voluntary Dismissal without Prejudice, dkt. 12. JPH, 9/11/2023 Distribution via ECF.

| | |
|---|---|
| **SHERRIE AUSHERMAN,** Individually, and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **BOARD OF TRUSTEES OF THE FLAVIUS J. WITHAM MEMORIAL HOSPITAL,** <br><br> Defendant. | Civil Action No.: 1-23-cv-1402-JPH-MKK |

### PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(1)(A)(i), Plaintiff hereby voluntary dismisses this action without prejudice.

Dated: September 8, 2023

Respectfully Submitted,

 _/s/ Tyler B. Ewigleben_
Tyler B. Ewigleben
Christopher D. Jennings
Winston Hudson*
Laura Edmondson*
**THE JOHNSON FIRM**
610 President Clinton Ave., Suite 300
Little Rock, AR 72201
Tel: (501) 372-1300
chris@yourattorney.com
tyler@yourattorney.com
winston@yourattorney.com
ledmondson@yourattorney.com

*To be admitted *pro hac vice*
*Counsel for Plaintiffs and the Proposed Class*